No. 83–5338.   ANDERSON v. VIRGINIA.   Sup. Ct. Va.   Motion of petitioner for leave to proceed in forma pauperis denied.   Petitioner is allowed until December 5, 1983, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in Brown v. Herald Co., ante, p. 928, we would deny the petition for certiorari in this case without reaching the merits of the motion to proceed in forma pauperis.